**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :   No. 182 MAL 2019

           Respondent              :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court

           v.                        :

                                 :

ROBERT L. LONGO,                 :

                               :

            Petitioner              :


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 26th day of August, 2019, the Petition for Allowance of Appeal is

**DENIED**.